## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KELLOGG BROWN AND ROOT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 09-351C <br> (Judge Christine Miller) |

### PLAINTIFF, KELLOGG BROWN AND ROOT SERVICES, INC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Rules of the Court of Federal Claims, Plaintiff, Kellogg Brown and Root Services, Inc. ("KBR") respectfully moves for summary judgment on its breach of contract claim because there is no genuine dispute of material fact and KBR is entitled to judgment as a matter of law.[1] KBR requests the Court enter judgment in KBR's favor in the amount of $41,070,624, plus interest.

In support of its motion for summary judgment, KBR relies on the pleadings, Plaintiff's Memorandum of Points and Authorities, Plaintiff's Proposed Findings of Uncontroverted Fact, and the Appendix.

---

[1] On April 6, 2011, KBR moved to dismiss the Government's unsubstantiated, improperly pled, and otherwise meritless fraud counterclaims. See KBR's Motion to Dismiss [Document 54]. KBR anticipates its motion to dismiss will dispose of all of the Government's counterclaims and the Government's related affirmative defense, leaving the merits of KBR's breach of contract claim the only remaining issue to be resolved by this Court. To the extent KBR's motion to dismiss does not result in dismissal of the Government's counterclaims and affirmative defense, the motion for summary judgment should proceed as a motion for partial summary judgment on KBR's breach of contract claim.

Respectfully submitted this 15th day of April, 2011.

OF COUNSEL:

Sandra B. Wick Mulvany
Joseph G. Martinez
McKenna Long & Aldridge LLP
1400 Wewatta Street,
Suite 700
(303) 634-4000
FAX: (303) 634-4400

John M. Faust
Craig D. Margolis
J. Randall Warden
Tirzah S. Lollar
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.,
Suite 600
Washington, DC 20004-1008
(202) 639-6500
Fax: (202) 639-6604

DN:32206554.1

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1400 Wewatta Street,
Suite 700
Denver, Colorado 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR KELLOGG BROWN
AND ROOT SERVICES, INC.