# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KELLOGG BROWN & ROOT SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 09-351 (Judge Christine O. C. Miller) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's September 1, 2011 order and Paragraph 16 of Appendix A of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully identifies the following exhibits that it will offer at trial.

| Exhibit Number | Description | Bates Range |
|---|---|---|
| 1 | Documents related to 'Green Sheet Approval" | KBR-00012538 - KBR-00012567 |
| 2 | Cover e-mail and price sheet for PPI construction on DFACs, dated November 30, 2003 | G-0149727 - G-0149728 |
| 3 | E-mail chain from Laszlo Tibold to Jim Spore, dated November 1, 2003 | KBR_E_000252884 |
| 4 | E-mail chain from Laszlo Tibold to Bull Norton, dated November 4, 2003 | KBR_E_000356117 - KBR_E_000356119 |
| 5 | E-mail chain from Dan Petsche to Bill Jonas et al, dated December 8, 2003 | KBR_E_000459847 - KBR_E_000459851 |
| 6 | E-mail from David Hadcock to Bill Jonas, dated February 17, 2004 | KBR_E_000015464 - KBR_E_000015465 |
| 7 | E-mail chain from Jamal Nasery to David Hadcock and Bill Vejrostek, dated July 12, 2004 | KBR_E_000455449 - KBR_E_000455453 |
| 8 | E-mail chain from David Hadcock to Jamal Nasery et al, dated August 2, 2004 | KBR-00012531 - KBR-00012534 |
| 9 | E-mail chain from Jamal Nasery to David Hadcock, dated August 15, 2004 | KBR-00012535 - KBR-00012536 |
| 10 | E-mail chain from David Hadcock to Jamal Nasery, dated April 12, 2004 | KBR_E_000461013 |

| | | |
|---|---|---|
| 11 | E-mail from David Light to Gerald Warner, dated October 26, 2004, with attachments | KBR_E_000169109 |
| 12 | E-mail chain from Jill Pettibone to Remo Butler re: The Tamimi Papers, Government Depo Ex 57, dated July 25, 2004 | N/A |
| 13 | Memorandum from Jamal Nasery to Charlie Carr re: Meeting Minutes, dated February 19, 2004 | KBR_E_000252990 - KBR_E_000252992 |
| 14 | E-mail from Betty Hayes to Jamal Nasery, dated November 4, 2004 | KBR_E_000026952 |
| 15 | E-mail chain from Betty Hayes to Jill Pettibone, dated November 9, 2004 | KBR_E_000454419 |
| 16 | E-mail chain from Jamal Nasery to Betty Hayes, dated November 9, 2004 | KBR_E_000008511 - KBR_E_000008515 |
| 17 | E-mail chain from Jill Pettibone to Harry DeWolf, dated November 16, 2004, with attached spreadsheet | KBR_E_000454515 - KBR_E_000454516 |
| 18 | E-mail chain from Jamal Nasery to Betty Hayes, dated November 29, 2004 | KBR_E_000020712 - KBR_E_000020713 |
| 19 | E-mail from Jamal Nasery to Betty Hayes, dated January 27, 2005 | KBR_E_000310805 |
| 20 | E-mail from Shabbir Khan to Betty Hayes, dated March 9, 2005 | KBR-00007508 - KBR-00007510 |
| 21 | E-mail chain from Douglas Richards to Betty Hayes, dated March 19, 2005 | KBR_E_000008847 - KBR_E_000008851 |
| 22 | E-mail from William Jonas to Raymond Pollard, dated March 31, 2005 | KBR_E_000413453 - KBR_E_000413454 |
| 23 | E-mail from Betty Hayes to Jill Pettibone, dated April 6, 2005 | KBR_E_000028779 - KBR_E_000028781 |
| 24 | KBR Memorandum: A History of DFAC Subcontracts at Anaconda, dated October 4, 2007 | KBR-00012521 - KBR-00012525 |
| 25 | E-mail chain from Jill Pettibone to Thomas Tagle, dated July 7, 2004 | KBR_E_000454977 - KBR_E_000454978 |
| 26 | E-mail chain from Paula Durham to Jill Pettibone, dated July 10, 2004 | KBR_E_000454422 - KBR_E_000454423 |
| 27 | E-mail chain from Jill Pettibone to Tom Donley, dated July 11, 2004 | KBR_E_000001505 - KBR_E_000001507 |
| 28 | E-mail chain from Tom Crum to Ton Donley and Jill Pettibone, dated July 23, 2004 | KBR_E_000454427 - KBR_E_000454432 |
| 29 | E-mail chain from Jill Pettibone to Mike Amrine, dated August 8, 2004 | KBR_E_000001148 - KBR_E_000001153 |

| | | |
|---|---|---|
| 30 | E-mail chain from Jill Pettibone to Mike Amrine, dated September 20, 2004 | KBR_E_000454447 - KBR_E_000454448 |
| 31 | E-mail from Jill Pettibone to Charlie Carr, dated October 2, 2004 | KBR_E_000454444 |
| 32 | E-mail chain from Jill Pettibone to Al Neffgen, et al, dated October 10, 2004 | KBR_E_000011917 - KBR_E_000011919 |
| 33 | E-mail chain from Paul Cerjan to Robert Radin, dated October 19, 2004 | KBR_E_000006616 - KBR_E_000006619 |
| 34 | E-mail chain from Jill Pettibone to Remo Butler, dated November 23, 2004 | KBR_E_000008259 - KBR_E_000008260 |
| 35 | KBR Document Labeled "Tamimi Invoice Information", dated November 20, 2004 | KBR_E_000008261 - KBR_E_000008263 |
| 36 | E-mail chain from Bill Jonas to Jill Pettibone, dated December 12, 2004 | KBR_E_000454512 - KBR_E_000454514 |
| 37 | KBR Memorandum: A History of DFAC Subcontracts at Anaconda, dated October 4, 2007 | KBR-00012521 - KBR-00012525 |
| 38 | Letter from Biji Fenn to Army Contracting Officer, Balad, Iraq, dated July 19, 2004 | KBR-00010325 |
| 39 | Email from Biji Fenn to Michelle Rainey, dated July 22, 2004 | KBR-00010319 - KBR-00010320 |
| 40 | Email from David Light to Martha Karlovic, dated July 27, 2004, with attached spreadsheets re: self performance | KBR_E_000169613 |
| 41 | Attached spreadsheets re: self performance | KBR_E_000020582 |
| 42 | Documents relating to technical evaluation of labor proposal, dated August 14, 2004 | KBR-00008592 - KBR-00008601 |
| 43 | Email chain from Steve Southerland to Tom Quigley re: authorization to terminate ESS, ultimatum to ESS, and ESS's response, dated November 13, 2004 | KBR_E_000010899 - KBR_E_000010905 |
| 44 | Email chain from Jill Pettibone to Harry DeWolf, dated November 11, 2004 | KBR_E_000454409 - KBR_E_000454416 |
| 45 | Email from David Light to Gerald Warner and Betty Hayes re: Talking Points and Strategy Draft, dated October 26, 2004 | KBR_E_000169109 - KBR_E_000169119 |
| 46 | KBR Procurement File Memo re: Procurement Takeover Review, dated November 8, 2004 | KBR-00008811 - KBR-00008813 |
| 47 | Email chain, dated March 19, 2005 | KBR_E_000008847 - KBR_E_000008851 |

| | | |
|---|---|---|
| 48 | Email chain from Peter Seymour to Sari Berman re: RFP issued for DFAC Subcontracts for Anaconda, dated July 17, 2004 | KBR-00009749 - KBR-00009752 |
| 49 | Email from Greg Philpott to Steve Southerland re: SA 10092 Termination, dated February 18, 2005 with attachments | KBR-00008616 - KBR-00008619 |
| 50 | Letter to Mr. Jonas from Unknown, undated | KBR_E_000015107 - KBR_E_000015108 |
| 51 | KBR Memo from Charlie Carr to Jamal Nasery re: Meeting Minutes, dated February 19, 2004 | KBR_E_000252990 - KBR_E_000252992 |
| 52 | Email chain, dated October 19, 2003 | KBR-00012619 - KBR-00012623 |
| 53 | Email chain from Daniel Petsche to William Jonas, re: Drawings, Anaconda, DFAC, dated December 8, 2003 | KBR_E_000028491 - KBR_E_000028496 |
| 54 | Email chain from Wayne Agness to David Hadcock re: Jamal and DFAC Tiger Team, dated February 12, 2004 | KBR_E_000015321 - KBR_E_000015325 |
| 55 | Email chain from David Hadcock to Tom Quigley re: Anaconda Green Sheet Attachments, dated March 3, 2004 with attachments | KBR_E_000262268 - KBR_E_000262283 |
| 56 | Email chain from Sari Berman to Gerald Warner, dated July 12, 2004 | KBR_E_000454600 - KBR_E_000454602 |
| 57 | Not Used | Not Used |
| 58 | Email string from David Hadcock to William Jonas, dated February 17, 2004 | KBR_E_000015464 - KBR_E_000015465 |
| 59 | Justification Memorandum | KBR_E_000000831 - KBR_E_000000832 |
| 60 | Email string from David Light to Jamal Nasery, dated September 15, 2004 | KBR_E_000013122 - KBR_E_000013128 |
| 61 | Email string from Laszlo Tibold to Jim Spore, dated November 1, 2003 | KBR_E_000021976 - KBR_E_000021981 |
| 62 | Email string from Tom Donley to Clay Dodd, dated June 24, 2004 | KBR_E_000000240 - KBR_E_000000246 |
| 63 | Email string from Daniel Petsche to Laszlo Tibold, undated | KBR_E_000028540 - KBR_E_000028549 |
| 64 | Anaconda DFAC statement of work, dated September 14, 2003 | KBR_E_000015082 - KBR_E_000015084 |
| 65 | PPI proposal to build DFACs at Anaconda | KBR_E_000015085 - KBR_E_000015086 |
| 66 | DFAC Cost comparison | KBR_E_000015087 - KBR_E_000015088 |

| | | |
|---|---|---|
| 67 | Email string from Jim Spore to Laszlo Tibold, dated November 3, 2003 | KBR_E_000252890 - KBR_E_000252890 |
| 68 | Email string from Steve Southerland to Gerald Warner, dated November 10, 2004 | KBR_E_000454185 - KBR_E_000454193 |
| 69 | Email string from Betty Hayes to William Jonas, dated November 11, 2004 | KBR_E_000454194 - KBR_E_000454194 |
| 70 | Email string from Tom Donley to Burt Metzler, dated July 22, 2004 | KBR_E_000454523 - KBR_E_000454525 |
| 71 | Email string from Tom Crum to Tom Donley, dated July 23, 2004 | KBR_E_000454427 - KBR_E_000454432 |
| 72 | Email from Jill Pettibone to Charlie Carr, dated October 2, 2004 | KBR_E_000454444 |
| 73 | Email chain from Jill Pettibone to Harry DeWolf re: ESS Labor Contract, dated November 11, 2004 | KBR_E_000454409 - KBR_E_000454418 |
| 74 | Letter from Tamimi to KBR, dated April 14, 2005 | KBR_E_000454461 - KBR_E_000454462 |
| 75 | Email chain from Jill Pettibone to Mike Amrine re: Ilyas Call, dated August 8, 2004 | KBR_E_000001148 - KBR_E_000001154 |
| 76 | Email chain from Gerald Warner to Remo Butler re: rush to self performance, dated December 13, 2004 | KBR-00010040 |
| 77 | Email chain from Betty Hayes to tamimi.foodservice@altamimi-kw.com re: Subcontract Extension, dated November 18, 2004 | KBR-00010115 - KBR-00010117 |
| 78 | Tamimi Global Co. LTD (TAFGA) Timeline | KBR_E_000021890 - KBR_E_000021892 |
| 79 | Email chain from Jill Pettibone to Raymond Pollard re: Urgent, dated April 24, 2004 | KBR_E_000029459 - KBR_E_000029470 |
| 80 | Email chain from Jim Spore to Ron Murone et al, re: Warehouse, dated November 15, 2003 | KBR_E_000028396 - KBR_E_000028399 |
| 81 | Email chain from Kenneth Ming to Donald Bailey et al, re: Container for the Various Camps, dated October 22, 2003 | KBR_E_000028555 - KBR_E_000028562 |
| 82 | Email chain from Jim Spore to David Avery et al, re: Anaconda DFAC Utility Areas, dated January 18, 2004 | KBR_E_000100911 - KBR_E_000100914 |
| 83 | Email chain from Tom Quigley to Jim Spore et al, re: Anaconda DFAC Utility Areas, dated January 18, 2004 | KBR_E_000130983 - KBR_E_000130986 |
| 84 | Email chain from Jim Spore to Robert Gatlin re: TO #59 SITREP, dated October 30, 2003 | KBR_E_000143196 - KBR_E_000143197 |

| | | |
|---|---|---|
| 85 | Email chain from David Hadcock to Jamal Nasery re: About email sent; Green Sheet, dated March 3, 2004 | KBR_E_000455711 - KBR_E_000455712 |
| 86 | Letter from ESS to Philpott and Warner, dated November 11, 2004 | KBR_E_000002714 - KBR_E_000002715 |
| 87 | LOGCAP III DAAA009-02-D-0007 Contract | KBR-00007590 - KBR-00007718 |
| 88 | LOGCAP – MA0003 Master Agreement | KBR-00003033 - KBR-00003065 |
| 89 | Not Used | Not Used |
| 90 | LOGCAP Purchase Order/Subcontractor Special Conditions for Overseas Subcontracts in support of Contract No. DAAA09-02-D-0007 | KBR-00003022 - KBR-00003029 |
| 91 | LOGCAP Statement of Work V Corps, dated July 22, 2003 | KBR_E_000103092 - KBR_E_000103105 |
| 92 | LOGCAP Statement of Work CJTF-7, dated November 3, 2003 | KBR-00007537 - KBR-00007589 |
| 93 | Master Agreement 3 Work Release 3, signed August 25, 2003 | KBR-00003066 |
| 94 | Master Agreement 3 Work Release 3, signed December 6, 2003 | KBR-00003013 |
| 95 | Statement of Work (SOW) Dining Facility Operations – DFAC Anaconda A-3 | G-0020054 - G-0020068 |
| 96 | Master Agreement 3, Change Order 1 | KBR-00003009 - KBR-00003010 |
| 97 | Master Agreement 3, Change Order 2 | KBR-00003006 |
| 98 | Master Agreement 3, Change Order 3 | KBR-00003003 - KBR-00003004 |
| 99 | Master Agreement 3, Change Order 4 | KBR-00002993 |
| 100 | Master Agreement 3, Change Order 5 | KBR-00002990 |
| 101 | Master Agreement 3, Change Order 6 | KBR-00002937 - KBR-00002938 |
| 102 | Master Agreement 3, Change Order 7 | KBR-00002931 |
| 103 | Master Agreement 3, Change Order 8 | G-0153566 - G-0153586 |
| 104 | Master Agreement 3, Change Order 9 | G-0032201 - G-0032203 |
| 105 | Master Agreement 3, Change Order 10 | G-0183058 - G-0183058 |
| 106 | Master Agreement 3, Change Order 11 | G-0032392 - G-0032423 |
| 107 | Draft of Change Order 6, dated June 12, 2004 | KBR-00002971 - KBR-00002972 |
| 108 | Change Order 9 Price Negotiation Memorandum, dated March 29, 2005 | KBR-00002923 - KBR-00002929 |
| 109 | Change Order 6 Justification Memorandum, dated August 4, 2004 | KBR-00002946 - KBR-00002951 |
| 110 | DCAA Audit Report No. 3311-2005K12030001, dated June 23, 2006 | G-0022279 - G-0022366 |
| 111 | DCAA Audit Report No. 3311–2004Q10503003, dated June 25, 2004 | G-0185430 - G-0185493 |

| | | |
|---|---|---|
| 112 | DCAA Audit Report No. 2131-2006F17900032, dated December 7, 2007 | KBR-00007433 - KBR-00007455 |
| 113 | DCAA Audit Report No. 3311–2004K12030001, dated March 5, 2004 | G-0185885 - G-0185917 |
| 114 | DCAA Audit Report No. 3321–2009K10180030 (Revised), dated May 20, 2010 | G-0185381 - G-0185404 |
| 115 | DCAA Audit Report No. 3311–2004K12030003, dated July 22, 2004 | G-0023194 - G-0023217 |
| 116 | FAR Cost Principles Guide | G-0179349 - G-0179506 |
| 117 | KBR's Certified Claim & All Attachments | G-0010303 - G-0010312 |
| 118 | KBR's Complaint | G-0134052 - G-0134070 |
| 119 | Justification for other than Full and Open Competition, dated November 15, 2003 | G-0149163 - G-0149164 |
| 120 | KBR Meeting Minutes with Tamimi Regarding DFAC Facilities at LSA Anaconda, dated February 19, 2004 | KBR_E_000012664 - KBR_E_000012666 |
| 121 | New DFAC Construction Statement of Work sent by Paul Christian, KBR Operations Coordinator to Marvin Miller, KBR Site Manager, dated September 14, 2003 | KBR-00003030 - KBR-00003032 |
| 122 | Prime Projects International – DFAC (2) Construction Scope of Work including schedule and pricing submitted to Laszlo Tibold / Paul Christianson, dated September 17, 2003 | KBR_E_000015085 - KBR_E_000015086 |
| 123 | Request for Proposal issued by KBR, dated July 15, 2004 | G-0017227 - G-0017230 |
| 124 | July 04 RFP Statement of work DFAC A-1 | G-0126629 - G-0126643 |
| 125 | July 04 RFP Statement of work DFAC A-2 | G-0126644 - G-0126658 |
| 126 | July 04 RFP Statement of work DFAC A-3 | G-0126659 - G-0126673 |
| 127 | July 04 RFP Statement of work DFAC A-4 | G-0126674 - G-0126688 |
| 128 | Akfen Pricing Data for July 15, 2004 RFP | KBR_00009753 - KBR_00009766 |
| 129 | Saudi Pricing Data for DFAC Site A-1 for July 15, 2004 RFP | G-0017309 - G-0017310 |
| 130 | Saudi Pricing Data for DFAC Site A-2 for July 15, 2004 RFP | G-0017311 - G-0017312 |
| 131 | Saudi Pricing Data for DFAC Site A-3 for July 15, 2004 RFP | G-0017315 - G-0017316 |
| 132 | Saudi Pricing Data for DFAC Site A-4 for July 15, 2004 RFP | G-0017319 - G-0017320 |
| 133 | Selrico Pricing Matrix for DFAC Site A-1 for July 15, 2004 RFP | KBR_00009767 - KBR_00009785 |

| | | |
|---|---|---|
| 134 | Selrico Pricing Matrix for DFAC Site A-2 for July 15, 2004 RFP | KBR_00009786 - KBR_00009804 |
| 135 | Selrico Pricing Matrix for DFAC Site A-3 for July 15, 2004 RFP | KBR_00009805 - KBR_00009823 |
| 136 | Selrico Pricing Matrix for DFAC Site A-4 for July 15, 2004 RFP | KBR_00009824 - KBR_00009842 |
| 137 | Tamimi Pricing Data for July 15, 2004 RFP | KBR_00009855 - KBR_00009861 |
| 138 | Email from Michael Robinson, Selrico Services, submitting proposal for KBR's July 15, 2004 RFP | KBR_E_000423621 |
| 139 | Email from Tamimi submitting proposal for KBR's July 15, 2004 RFP | KBR_E_000317665 - KBR_E_000317666 |
| 140 | Email from David Hadcock to Tom Quigley discussing Green Sheet Approval, dated March 3, 2004 | KBR_E_000257580 - KBR_E_000257583 |
| 141 | Email from Betty Hayes asking approval to extend Tamimi subcontract an additional three months, dated November 11, 2004 | KBR_E_000454344 - KBR_E_000454347 |
| 142 | The Solicitation Phase for Labor Services: Package of documents including the RFP's to ESS, Tamimi, and Gulf Catering Company for labor services sent by KBR, dated July 29-30, 2004. | KBR-00008502 - KBR-00008521 |
| 143 | Responses to Solicitation for Labor Services: Package of documents including the responses submitted by ESS, Tamimi and Gulf Catering Company | KBR-00008522 - KBR-00008591 |
| 144 | ESS Support Services Worldwide (ESS) subcontract for labor services, dated August 22, 2004 | KBR-00007728 - KBR-00007729 |
| 145 | Notice to Proceed sent by KBR to Steve Murray of ESS, dated August 6, 2004 | KBR-00007726 |
| 146 | ESS Memo, dated November 4, 2004 | KBR-00007719 |
| 147 | Change Order to ESS Subcontract | KBR-00007730 |
| 148 | Worthington Document (Excerpt from "Contracting with the Federal Government," By Margaret M. Worthington, Louis P. Goldsman, and Frank M. Alston) | G-0188584 - G-0188586 |
| 149 | DCAA Form 1 Notice No. 138 | KBR-00009520 - KBR-00009522 |
| 150 | Price Reasonableness Presentation for Form 1 No. 138- KBR's Briefing to the Government, dated April 24, 2008 | KBR_E_000018245 - KBR_E_000018287 |
| 151 | Reasonableness Proof Timeline | G-0188147 - G-0188149 |

| | | |
|---|---|---|
| 152 | KBR Government Operations Procurement Policy & Practices Manual, dated June 25, 2004[1] | KBR-00007731 - KBR-00007769 |
| 153 | KBR Government Operations Procurement Procedure Guidelines, dated July 9, 2004 | KBR-00007770 - KBR-00007937 |
| 154 | KBR Government Procurement Procedures Manual 1993 | KBR-00007959 - KBR-00008496 |
| 155 | Letter to KBR from DCAA – August 9, 2007 sent by David G. Fix, DCAA Branch Manager to Todd W. Bishop, KBR Director, Government Compliance | G-0019862 - G-0019867 |
| 156 | DCAA Preliminary Findings Report, dated July 19, 2006 | G-0019763 - G-0019765 |
| 157 | KBR's Response to DCAA Preliminary Findings Report | KBR-00007450 - KBR-00007453 |
| 158 | DCMA's Comprehensive CPRS Review FY 2004 | G-0023290 - G-0023317 |
| 159 | DCMA Approval of KBR Purchasing System | G-0127971 - G-0127973 |
| 160 | DCAA Contract Audit Manual with attached Appendix E | N/A |
| 161 | DCAA request for more information, dated August 9, 2007 | G-0019862 - G-0019867 |
| 162 | Regional Audit Manager's Message About Tamimi | G-0141771 - G-0141773 |
| 163 | Addendum #1 To Agreement DAAA09-02-D-0007 LOGCAP III Dining Facility Costs | G-0159551 - G-0159554 |
| 164 | USA vs. Mohammad Shabbir Khan Indictment | G-0186476 - G-0186500 |
| 165 | USA vs. Mohammad Shabbir Khan Plea Agreement | G-0177154 - G-0177195 |
| 166 | Not Used | Not Used |
| 167 | DFAC Brief Summary for LSA Anaconda, dated July 15, 2004 | KBR_E_000020514 - KBR_E_000020522 |
| 168 | Bruce Construction Corporation Et Al. v. The United States, dated November 15, 1963, Decided | G-0188358 - G-0188365 |
| 169 | Jeff Alex Mazon and Ali Hijazi Indictment Article | G-0176798 - G-0176800 |
| 170 | Jeff Alex Mazon and Ali Hijazi Indictment 7th Circuit Court Decision | G-0176477 - G-0176492 |
| 171 | E-mail from Tom Donley to Bill Vejrostek discussing self-performance, dated August 28, 2004 | KBR_E_000351777 - KBR_E_000351786 |

| | | |
|---|---|---|
| 172 | ESS Chronology | KBR_E_000008335 - KBR_E_000008338 |
| 173 | Cotton & Company report, dated October 1, 2010 | G-0186584 - G-0186650 |
| 174 | Cotton & Company report, dated October 29, 2010 | N/A |
| 175 | USA vs. Mohammad Shabbir Khan, dated July 8, 2009 | G-0186449 - G-0186453 |
| 176 | USA vs. Mohammad Shabbir Khan, dated August 10, 2009 | G-0186019 - G-0186205 |
| 177 | KBR Memo re: Request for Master Agreement, dated June 10, 2003. | G-0372896 |
| 178 | Department of Defense Interview of Luther Holmes, dated January 8, 2010. | G-0397353 - G-0397386 |
| 179 | Email Chain re: Finding of DFAC Master Agreement, dated April 24, 2004 | KBR_E_000029174 - KBR_E_000029184 |
| 180 | Email from Jill Pettibone to Brian DeCamp re: Meeting Minutes, dated November 15, 2004 | KBR_E_000463317 - KBR_E_000463321 |
| 181 | Email from Tom Donley to Cheryl Ritondale re: Green Sheet Package for Anaconda, dated August 27, 2004 | KBR_E_000471680 - KBR_E_000471683 |
| 182 | KBR Limited Services Impact Plan 2004 | KBR_E_000472251 - KBR_E_000472269 |
| 183 | Supplement to Price Negotiation Memo by Betty Hayes, dated March 29, 2005 | KBR_E_000472759 |
| 184 | Email from Jim Spore to Robert Gatlin re: Outstanding Requisitions -- Limited Distribution, dated October 26, 2003 | KBR_E_000480696 - KBR_E_000480697 |
| 185 | Tamimi Memo from Shabbir Khan to Mr. Darren B. Woodard, dated April 14, 2005 | KBR_E_000550732 - KBR_E_000550733 |
| 186 | Email from Dan Petsche to William Jonas re: Follow Up, dated November 10, 2004 | KBR-00015833 - KBR-00015834 |
| 187 | KBR Letter from Phil Wagner to Sylvia Youngman re: Tamimi Global kickbacks, dated July 13, 2006 | KBR-00015835 - KBR-00015836 |
| 188 | Vinson and Elkins Letter from C. Michael Buxton and Craig D. Margolis to Angelines McCaffrey re: Request for Information Relating to Stephen Seamans, dated October 20, 2006 | KBR-00015837 - KBR-00015848 |
| 189 | KBR Master Agreement Source Selection signed by Daniel Petsche, dated June 10, 2003 | KBR-00016637 - KBR-00016689 |
| 190 | Anaconda Contract Summary, undated | KBR_E_000466762 - KBR_E_000466764 |

| | | |
|---|---|---|
| 191 | Tamimi Invoice Information, dated October 8th, 2004 | KBR_E_000466346 - KBR_E_000466349 |
| 192 | Email from Mike Amrine to Jill Pettibone with Attached Meeting Minutes re: Tamimi Meeting, dated October 9, 2004 | KBR_E_000466161 - KBR_E_000466164 |
| 193 | Spreadsheet: Tamimi: Partial Payment Calculation by Invoice for Renegotiated Subcontracts based on Average Rates, undated | KBR_E_000466063 |
| 194 | Memo to File re: Partial Payments to Tamimi on Invoices Against Subcontracts Listed in Paragraph 9, dated October 11, 2004 | KBR_E_000466064 - KBR_E_000466065 |
| 195 | Addendum #1 To Agreement DAAA09-02-D-0007 LOGCAP III Dining Facility Costs, undated | KBR_E_000465495 - KBR_E_000465496 |
| 196 | Email from Paul Cerjan to Jill Pettibone re: Tamimi Analysis, dated October 2, 2004 | KBR_E_000463520 - KBR_E_000463523 |
| 197 | Subcontractor Spreadsheet, undated | KBR_E_000502057 |
| 198 | Letter from Unknown to Mr. Tamimi re: status of Tamimi DFAC Contracts and Invoices, undated | KBR_E_000499170 |
| 199 | Memo from Unknown re: DFACs, including The Unfinished Business, and Short History of Tasks, undated | KBR_E_000502141 - KBR_E_000502144 |
| 200 | KBR Memo re: Internal Discussions about Subcontractors' point of view, undated | KBR_E_000502114 - KBR_E_000502117 |
| 201 | Notes from Unknown re: Meeting with Tamimi (I. Khan, S. Khan, P. Szafranski), dated October 9, (year unknown) | KBR_E_000486137 - KBR_E_000486139 |
| 202 | Memo from Unknown re: Tamimi (I. Khan, S. Khan, P. Szafranski, L. Cassi), undated | KBR_E_000464439 - KBR_E_000464443 |
| 203 | Memo from Unknown re: rumors about DFAC team, undated | KBR_E_000480283 - KBR_E_000480284 |
| 204 | Draft KBR Audit Plan - S00001, Tamimi DFAC, undated | KBR_E_000476064 - KBR_E_000476066 |
| 205 | Award Document Summary for LOGCAP-KU-MA0003/WR3 | KBR_E_000472743 |
| 206 | Spreadsheet, undated | KBR_E_000472537 |
| 207 | DOD Interview of Luther Holmes, dated July 1, 2008 | G-1056591 - G-1056594 |
| 208 | Email from Gerald Warner to Ray Rodon re: Baghdad with attached files, dated July 19, 2004 | KBR_E_000223213 - KBR_E_000223225 |

| | | |
|---|---|---|
| 209 | Email from Gerald Warner to Ray Rodon re: Tamimi Memo Scanned, dated July 22, 2004 | KBR_E_000475739 - KBR_E_000475742 |
| 210 | Email from Betty Hayes to William Jonas re: ESS Subcontract, dated November 11, 2004 | KBR-00010121 |
| 211 | Email from William Jonas to Jill Pettibone re: Partial Payments on Some Tamimi Contracts, dated December 23, 2004 | KBR_E_000618738 |
| 212 | Email from Paul Cerjan to Robert Radin re: SUB Payments, dated October 19, 2004 | KBR_E_000570142 - KBR_E_000570145 |
| 213 | Not Used | Not Used |
| 214 | Defense Federal Acquisition Regulation Supplement | N/A |
| 215 | Tamimi-Akfen July Proposals revised | G-0192974 |
| 216 | Akfen Past Performance Summary | G-0192957 |
| 217 | Summary of July RFP bids | G-0192967 |
| 218 | Report Price Tables | G-0192966 |
| 219 | July 2004 DFAC Pricing Summary Sheet | G-0126795 - G-0126798 |
| 220 | 2003 DCMA Approval of KBR Purchasing System | G-0143473 - G-0143474 |
| 221 | 2006 DCMA Approval of KBR Purchasing System | N/A |
| 222 | 2008 DCMA Approval of KBR Purchasing System | G-0379244 - G-0379245 |
| 223 | Regional Audit Manager's Message About Tamimi | G-0019292 - G-0019295 |
| 224 | DCAA Memo discussing Concurrent Audit of KBR's Fiscal Year 2004 Direct Costs for Dining Facility Procurements Contract No. DAAA09-02-D-0007 | G-0004890 - G-0004895 |
| 225 | National Defense Authorization Act for Fiscal Year 1986 Report together with Additional Views Committee On Armed Services United States Senate | N/A |
| 226 | Statement on Standards for Consulting Services No. 1 | N/A |
| 227 | Government Auditing Standards, dated July 2007 Revision | N/A |
| 228 | Amendment/Modification No. P00010 to Contract DAAA09-02-D-0007 | G-0918514 - G-0918516 |
| 229 | Amendment/Modification No. P00014 to Contract DAAA09-02-D-0007 | G-0152646 - G-0152649 |

| | | |
|---|---|---|
| 230 | Reasonableness of KBR Settlement Offer on Tamimi Subcontract Nos. GU49-KU-S00001 and GU68-KU-S00018 Memorandum, dated June 7, 2007 | G-0020977 - G-0020979 |
| 231 | Letter from KBR regarding the Certified Claim and the Tamimi Subcontract, dated October 6, 2008 | G-0600706 - G-0600709 |
| 232 | Expert Rebuttal Report of Darrell J. Oyer, dated October 29, 2010 | N/A |
| 233 | Email from David Cotton to Karen Killgore regarding KBR's current policies and procedures, dated August 17, 2011 | N/A |
| 234 | Award Document Summary for LOGCAP-KU-MA0003/WR3 | KBR-0002919 - KBR-0002921 |
| 235 | Defendant's Amended Answer and Counterclaims, Case No. 09-351C, dated March 15, 2011 | G-1056428 - G-1056453 |
| 236 | Email from Luther Holmes, dated November 2, 2003 | KBR_E_000028481 - KBR_E_000028490 |
| 237 | Letter from KBR to Department of Defense regarding Daniel Petsche's termination from KBR, dated December 23, 2003 | KBR-00015828 - KBR-00015829 |
| 238 | Plaintiff Kellogg Brown and Root Services, Inc.'s Rule 26(a)(2) Expert Disclosures | G-0135634 - G-0135660 |
| 239 | Email from Bill Menth to David Cotton regarding KBR and statistics, dated November 22, 2010 | N/A |
| 240 | Forensic Accounting and Fraud Examination by Mary-Jo Kranacher, Richard Riley and Joseph Wells | N/A |
| 241 | Quad-City Times article about Robert Gatlin, dated April 15, 2008 | N/A |
| 242 | FBI Interview of Mohammad Shabbir Khan, dated March 31, 2006 | G-0397016 - G-0397021 |
| 243 | KBR Memorandum regarding the Request for Master Agreement, dated June 10, 2003 | KBR-00016640 |
| 244 | Daniel Petsche's Memorandum regarding the Bid Review and Award Justification of Cedar/Adder, dated June 06, 2003 | G-0167858 |
| 245 | Email from Don Gavin regarding the Subcontract at Cedar/Adder, dated January 25, 2004 | G-0706140 |

| | | |
|---|---|---|
| 246 | Justification of Subcontractor Memorandum for dining facilities at C-6 (Balad), dated July 20, 2003 | KBR_E_000257590 |
| 247 | Daniel Petsche's Memorandum regarding the Bid Review and Award Justification of Baghdad International Airport, dated June 18, 2003 | G-0143296 |
| 248 | DCMA Correspondence regarding Contracting Officer's Final Decision on Unallowable Costs, dated February 11, 2009 | G-0379212 - G-0379216 |
| 249 | PCAOB Rule 3101: Certain Terms Used in Auditing and Related Professional Practice Standards | N/A |
| 250 | Cotton & Company report, dated August 26, 2011 | N/A |
| 251 | Justification for other than Full and Open Competition dated November 15, 2003 | KBR_E_000257592 |
| 252 | USA vs. Mohammad Shabbir Khan Indictment | G-0177129 - G-0177153 |
| 253 | US v. Mazon Trial Transcript, Volume II, Transcript Pages 103 - 381, dated April 15, 2008 | N/A |
| 254 | US v. Mazon Trial Transcript, Volume V, Transcript Pages 960 - 1214, dated April 21, 2008 | N/A |
| 255 | US v. Mazon Trial Transcript, Volume II, Transcript Pages 72 - 343, dated September 30, 2008 | N/A |
| 256 | Email chain from William Jonas to David Avery, et al, re: DFAC Subcontracts, dated December 28, 2003 | KBR_E_000559637 - KBR_E_000559644 |
| 257 | Email chain from Daniel Petsche to Bill Walter re: TO 59 DFAC Subcontracts, dated November 21, 2003 | KBR_E_000570422 - KBR_E_000570425 |
| 258 | Email chain from William Jonas to Jim Spore re: Drawings, Anaconda, DFAC, dated December 8, 2003 | KBR_E_000459858 - KBR_E_000459861 |
| 259 | Email chain from Daniel Petsche to William Jonas re: Drawings, Anaconda, DFAC, dated December 8th, 2003 | KBR_E_000028491 - KBR_E_000028496 |

| | | |
|---|---|---|
| 260 | Email chain from Tom Quigley to William Jonas re: Anaconda Green Sheet Attachments, with attachments, dated March 3, 2004 | KBR_E_000459862 - KBR_E_000459864 |
| 261 | Email chain from William Jonas to John Townsend re: Anaconda Green Sheet Attachments, with attachments, dated April 22, 2004 | KBR_E_000455426 - KBR_E_000455429 |
| 262 | Email chain from Tom Donley to Cheryl Ritondale re: Green Sheet package for Anaconda, dated August 27, 2004 | KBR_E_000471680 - KBR_E_000471683 |
| 263 | Email chain from William Jonas to Mike Amrine re: Missing Change Order, dated August 11, 2004 | KBR_E_000559648 - KBR_E_000559649 |
| 264 | Email from Betty Hayes to William Jonas re: ESS Subcontract, dated November 11, 2004 | KBR-00010121 |
| 265 | Email chain from William Jonas to Jill Pettibone re: Partial Payments on Some Tamimi contracts, dated December 23, 2004 | KBR_E_000618738 |
| 266 | Email chain from Bill Jonas to John Townsend and David Hadcock re: Green Sheet Approval and attachments, dated April 22, 2004 | KBR_E_000459879 - KBR_E_000459895 |
| 267 | Luther Holmes Deposition Transcript, Transcript Pages 1 - 32, dated August 31, 2011 | N/A |
| | Any Document listed on KBR's Exhibit List | |

Respectfully submitted,

TONY WEST
Assistant Attorney General

s/ Jeanne E. Davidson
    by Patricia M. McCarthy
JEANNE E. DAVIDSON
Director

| | |
|---|---|
| OF COUNSEL:<br>ALEX P. HONTOS<br>KENNETH D. WOODROW<br>Trial Attorneys | s/ J. Reid Prouty<br>J. REID PROUTY<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Tele: (202) 305–7586<br>Fax:  (202) 514-7969 |
| September 21, 2011 | Attorneys for Defendant |